UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| CLARENCE LEWIS | * | CIVIL ACTION NO. 6:15-cv-02167 |
| VERSUS | * | SECTION P |
| | * | JUDGE JAMES T TRIMBLE JR. |
| JOHNNY HEDGEMON | * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **INDEX TO EXHIBITS**

**Exhibit 1: Pgs 1-233**

Certified copy of the State Court Record, including Transcripts of all proceedings held in State Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 01

    Judgement of the Supreme Court. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 02

    Motion and Order for Writ of Habeas Corpus Ad Prosequendum  . . . . . . . . . . . . . . . 3-4

    Motion to Set for Contempt Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-19

    Court of Appeal Third Circuit Rehearing Action. . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

    Court of Appeal Third Circuit Writ of Review  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

    Court of Appeal Third Circuit Filing of Opposition to Application for Rehearing.... . . 22

    Court of Appeal Third Circuit Ruling  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

    Court of Appeal Third Circuit Application for Writs  . . . . . . . . . . . . . . . . . . . . . . . . 24

    Supreme Court Pleadings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25-26

    Court of Appeal Third Circuit Rehearing Action  . . . . . . . . . . . . . . . . . . . . . . . . . . . 27

Court of Appeal Third Circuit Application for Writs . . . . . . . . . . . . . . . . . . . . . . . . 28-36

Motion for the Production of Transcripts Documents Exception LA RS 44:32 C . 37-39

Application for Post Conviction Bail . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40-43

Transcripts on Post Conviction Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44-58

Court of Appeal Third Circuit Filing of Opposition to Application for Rehearing. . . . 59

Request for Transcripts on the Post Conviction Hearing dated on August 8, 2012.   60-63

Court of Appeal Third Circuit Ruling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64-65

Court of Appeal Third Circuit Application for Writs by Clarence Lewis in Docket No.:
13 01140-KH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 66

Court of Appeal Third Circuit Ruling in Docket No., KH 13-01078 . . . . . . . . . . . . . . 67

Motion for Amending or Modifying Sentence . . . . . . . . . . . . . . . . . . . . . . . . . . . . 68-71

Court of Appeal Third Circuit Rehearing Action Ruling . . . . . . . . . . . . . . . . . . . . . . 72

Court of Appeal Third Circuit Application for Writs filed by Clarence Lewis . . . . . . . 73

Court of Appeal Third Circuit Filing of Opposition to Application for Rehearing. . . . 74

Clarification of State's Alibi Request filed on behalf of State . . . . . . . . . . . . . . . . . . 114

Court of Appeal Third Circuit Ruling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75

Court of Appeal Third Circuit Ruling on Application for Writs filed by Clarence Lewis
in Docket Number 13 00886-KH...............................................................................76-77

Motion to Amend and Modify Sentence filed by Clarence Lewis . . . . . . . . . . . . . . 78-81

Court of Appeal Third Circuit Ruling on Rehearing Action . . . . . . . . . . . . . . . . . . 82-83

Petition for a Writ of Habeas Corpus . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84-89

Letter to Clerk from Clarence Lewis on Change of Address . . . . . . . . . . . . . . . . . . . 90

Court of Appeal Third Circuit Filing of Opposition to Application for Rehearing. . . . 91

Motion to Answer on Second Application for Post Conviction Relief filed by Clarence Lewis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 92

Court of Appeal Third Circuit Filing of Opposition to Application for Rehearing . . . . 93

Court of Appeal Third Circuit Ruling in Docket Number KH 12-01368 . . . . . . . . . . . 94

Court of Appeal Third Circuit Ruling in Docket Number KH 12-00985 . . . . . . . . . . . 95

Court of Appeal Third Circuit Request Copy of Uniform Application for Post-Conviction Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 96-97

Court of Appeal Third Circuit Request of Minutes of Court for August 8, 2012, and all minutes since then to present . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 98-102

Motion to Defendant's Second Application for Post Conviction Relief filed by Clarence Lewis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 103-111

Court of Appeal Third Circuit Application for Writs by Clarence Lewis in Docket Number 12 01368-KH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112

Motion on Ruling on the Denial of a Motion to correct an Illegal Sentence dated on November 16, 2012 filed by Clarence Lewis . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113

Motion to Correct Illegal Sentence filed by Clarence Lewis . . . . . . . . . . . . . . . . 114-122

Court Transcripts of Guilty Plea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 123-132

Court Transcripts of Guilty Plea . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 133-142

Court of Appeal Third Circuit Request for copy of Guilty Plea . . . . . . . . . . . . . 143-144

Court of Appeal Third Circuit Application for Writs filed by Clarence Lewis in Docket Number 12 00985-KH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145

Motion to Dismiss and Motion to Quash filed by Clarence Lewis . . . . . . . . . . . 146-149

Motion and Order for Writ of Habeas Corpus Ad Prosequendum . . . . . . . . . . . . . . 150

Court of Appeal Third Circuit Ruling . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 151-153

Court of Appeal Third Circuit Writ Application . . . . . . . . . . . . . . . . . . . . . . . . . . . 154

Court of Appeal Third Circuit Request for Uniform Application for Post Conviction Relief filed in April-June 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 155-156

Court of Appeals Third Circuit Application for Writs by Clarence Lewis in Docket Number 12 00708KH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 157

Motion on Opposition to State's Response to Defendant's Application for Post Conviction Relief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 158-170

Motion and Order for Writ of Habeas Corpus Ad Prosequendum . . . . . . . . . . . . . . . 171

Order filed by Judge Michot on Courts Ruling on Post Conviction Relief . . . . 172-173

State's Response to Defendant's Application for Post Conviction Relief . . . . . . 174-189

Motion to Set for Contempt Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 190-228

Court of Appeal Third Circuit Application for Writs by Clarence Lewis in Docket Number 12 00553-KH . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 229-230

Motion filed by Clarence Lewis for the Trial Court Ruling on his Petition for a Writ of Habeas Corpus, Ruled on January 25, 2012 and a copy of Petitioner's Post Conviction Relief dated February 17, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 231-232

Court of Appeal Third Circuit Ruling in Docket Number KH 12-00012 . . . . . . . . . . 233

**Exhibit 1 (A) pgs 234-364**

Order for the District Attorney to file an answer to the Post Conviction Relief dated March 11, 2012 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 234-242

Motion to the Clerk of Court in regards to the Court of Appeal Third Circuit's Response to the 15th JDC Docket Number 130950 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 243-244

Motion for Petition for a Writ of Habeas Corpus filed by Clarence Lewis . . . . . 245-250

Court of Appeal Third Circuit notice to Clerk of Court to forward Petition for a Writ of Habeas Corpus filed on/around December 6, 2011 and ruling thereon . . . . . . . . . . . 251

Court of Appeal Third Circuit notice to Clerk of Court to forward Motion to Withdraw Plea Agreement held on September 22, 2011 . . . . . . . . . . . . . . . . . . . . . . . . . 252-258

Plea Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 259-266

Evidence Log . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 267

Motion and Order for Issuance of Subpoena Duces Tecum . . . . . . . . . . . . . . . . . 268-270

Motion and Order for Issuance of Subpoena Duces Tecum . . . . . . . . . . . . . . . . . 271-277

Fifteenth Judicial District Court Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 278-364

**Exhibit 2: pgs 365-418**

Third Circuit, Court of Appeal Record

Petition for a Writ of Mandamus (KH 10-1452) . . . . . . . . . . . . . . . . . . . . . . . . . . 365-384

Third Circuit Docket Number KH 10-01452 Writ Granted and made Peremptory in part Writ not considered in part . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 385-397

Petition for Writ of Mandamus (KH11-870) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 398-402

Petition for Writ of Mandamus (KH11-1251) . . . . . . . . . . . . . . . . . . . . . . . . . . . 403-418

**Exhibit 2 (A) pgs 419-445**

Additional Information to Include in Third Circuit Docket Number 11-KH 1251.419-445

**Exhibit 2 (A) (1) pgs 446-523**

Notice of Intent to seek Writs into the Third Circuit Court of Appeals . . . . . . . . 446-523

**Exhibit 2 (B) pgs 524-541**

Petition for a Writ of Mandamus (KH12-708) . . . . . . . . . . . . . . . . . . . . . . . . . . . 524-541

**Exhibit 2 (C) pgs 542-596**

To Traversal from the Third Circuit Court of Appeal dated July 23, 2012 (KH12-985)... . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 542-596

**Exhibit 2 (D) pgs 597-647**

Notice of Intent to seek Writs into the Third Circuit Court of Appeals on a Denial on a Motion to Correct an Illegal Sentence from the 15th JDC Judge Michot (KH 12-1368)..................................................................................................597-621

Petition for a Writ of Mandamus (KH 13-886).......................................................622-634

Petition for a Writ of Mandamus (KH 13-886).......................................................635-647

**Exhibit 2 (E) pgs 648-735**

Writ of Review(KH13-1078)......................................................................................648-654

    Refiling on his Corrected Writ of Review (KH 13-1078).......................................655-701

    Writ of Mandamus (KH 14-714)..............................................................................702-719

    Writ of Mandamus (KH 14-971)..............................................................................720-735

**Exhibit 3: pages 736-801**
**Exhibit 3 (A) pages 802-872**

Record of the Louisiana Supreme Court...................................................................736-872

**Exhibit 4:**

Minutes Report- 15th Judicial District......................................................................873-884

**Exhibit 5:**

Trial Transcripts........................................................................................................885-948