U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 24 2017

TONY R. MOORE, CLERK
BY: _____ MB
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **CLARENCE D. LEWIS** <br> D.O.C. # 123525 | : | DOCKET NO. 6:15-cv-2167 |
| **VERSUS** | : | JUDGE TRIMBLE |
| **JOHNNY HEDGEMON ET AL.** | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the petitioner's objections to the Report and Recommendation;

**IT IS ORDERED** that the Petition for Writ of *Habeas Corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

**THUS DONE** this 24th day of April, 2017.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE